IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 07- 32M-MPT |
| EULALIA AMPARO-PADILLA, | : | |
| Defendant. | : | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 8 U.S.C. §1326(b)(2). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

        __X__   Defendant's appearance as required

        __X__   Safety of any other person and the community

3. **Rebuttable Presumption.** The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    ___   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ___   Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing.** The United States requests the court conduct the detention hearing,

    ___   At first appearance

    _X_   After continuance of _3_ days or after any competency hearing ordered by the Court.

5. **Temporary Detention.** The United States requests the temporary detention of the defendant for a period of _ days (not more than 10) so that the appropriate officials can be notified since:

    1.   At the time the offense was committed the defendant was:

        ___   (a) on release pending trial for a felony;

        ___   (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___   (c) on probation or parole for an offense.

    2. \_\_ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    3. \_\_ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this <u>20th</u> day of <u>February</u>, 2007.

                          Respectfully submitted,

                          COLM F. CONNOLLY
                          United States Attorney

                          BY: _/s/_____
                          Shannon T. Hanson
                          Assistant United States Attorney